# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry Alas Pleitez, | No. CV-26-02202-PHX-SHD (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) challenging his immigration detention without a bond redetermination hearing. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 3.) Respondents' response states "Respondents do not oppose Petitioner's request for a bond hearing pursuant to 8 U.S.C. § 1226(a)." (Doc. 4.) The Court will grant the Petition to the extent the Court will direct Respondents to provide Petitioner a bond redetermination hearing.

**IT IS THEREFORE ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to Count One and is otherwise denied as moot.

2. Respondents must provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

3. Respondents must provide a notice of compliance within three days of

releasing Petitioner or providing Petitioner a bond hearing.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 9th day of April, 2026.

_____
Honorable Sharad H. Desai
United States District Judge